UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNETTE KOONCE,　　　　　　　　　　　　　　　　　　　　PLAINTIFF

CASE NO: 5:15-CV-5093

K & K INVESTMENTS, LLC,　　　　　　　　　　　　　　　　DEFENDANT
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Annette Koonce, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing K & K Investments, LLC, with prejudice, as the parties have amicably resolved this matter.

Dated this the 1st day of October 2015.

Respectfully submitted,

/s/ Edward I. Zwilling
Edward I. Zwilling, Esq.
Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
Email: ezwilling@szalaw.com